UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FERMIN CRUZ-CISNEROS,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT, et al.,<br><br>Respondents. | Case No. 2:26-cv-04007-TMC<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

## I. ORDER

The petition for writ of habeas corpus is DENIED. The parties agree that Petitioner qualifies for a bond hearing under *Rodriguez Vazquez v. Bostock*, 802 F. Supp. 3d 1297 (W.D. Wash. 2025), *aff'd*, 183 F.4th 1160 (9th Cir. 2026). Dkt. 1 at 5–6; Dkt. 8 at 1–2. Petitioner is represented by counsel, and he has not identified any specific impediments to requesting the bond hearing to which he is entitled. *See* Dkt. 9-3 (notice of custody determination stating that Petitioner requests review of his detention by an Immigration Judge); Dkt. 9-5 (motion for bond redetermination in the Tacoma Immigration Court). In fact, Petitioner's counsel states that she withdrew a prior request for a bond hearing, after such hearing was scheduled, as a "strategic decision" because he had not yet moved for relief in his underlying removal proceedings. Dkt. 10 at 2. Because Petitioner does not face any legal obstacle to requesting and receiving a bond

hearing, he has not shown that his ongoing detention without an individualized custody determination violates either the Immigration & Nationality Act or the Fifth Amendment's due process clause.

Accordingly, the petition for writ of habeas corpus (Dkt. 1) is DENIED.

Dated this 12th day of November, 2026.

Tiffany M. Cartwright
United States District Judge